JAY ABRAMS et al., Appellants, v SUZANNE BERELSON, Respondent.

Decided June 28, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

ARNAV INDUSTRIES, INC., Respondent, v JODY PITARI, Appellant.

Submitted May 29, 2012; decided June 28, 2012

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (see Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [3d ed rev]).